UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:20-BK-03304-JAF

IN RE:
GRANTLAND KINGMAN,
    Debtor.
_____

**OBJECTION TO JOINT PETITION TO MODIFY AUTOMATIC STAY**

    The Debtor, GRANTLAND KINGMAN, by and through his undersigned attorney of record files this Objection to the *Joint Petition to Modify Automatic Stay* filed jointly herein by creditor, GEICO Marine Insurance Company, and co-debtor, DIANE JARVIS, and states that he objects to the relief requested. The Petitioner's have not alleged facts sufficient to establish a *prima facie* case for lifting the automatic stay under Section 362(d) of the Bankruptcy Code. See: *In re Elmira Litho, Inc. 174 B.R. 892 (Bankr. S.D.N.Y, 1994)*

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to TED SHINKLE, ESQ. Attorney for Creditor, GEICO Marine, via email at tshinkle@whitebird.com, and ERIC J. FRIDAY, ESQ., Attorney for the Co-defendant, Diane Jarvis, via email at friday@ericfriday.com, via electronic service as set out above, this **12th** day of January, 2021.

    /s/ Todd W. Henry
TODD W. HENRY, ESQUIRE
Florida Bar No: 0077003
HENRY & HENRY LAW OFFICES
1555 Kingsley Avenue Ste 405
Orange Park, FL 32073
Telephone: (904) 264-6776
Email: todd.henry@toddhenrylaw.com