**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

                                              CASE NO: 20-03304-JAF

    KINGMAN, GRANTLAND,

         Debtor(s).

------------------------------------------------

**OBJECTION TO CLAIM OF EXEMPTIONS**

The Trustee, ALEXANDER G. SMITH, objects to Debtor's Claim of Exemptions with respect to the exemption for the 1974 Hinckley Monarch Sailing Vessel; Trustee also objects to bank deposits and personal property and in support says that the value of the property exceeds the maximum allowed under Florida law.

If the Court sustains the objection, Debtor may contact the Trustee to discuss purchasing the estate's interest in the pertinent assets.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to GRANTLAND KINGMAN, 411 WALNUT ST., #16120, GREEN COVE SPRINGS, FL 32043-3443; and electronically to Todd W. Henry, Esquire and to the Assistant U.S. Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801 by United States Mail, this 18th day of January, 2021.

                                                           ALEXANDER G. SMITH, P.A.

                                                           _____
                                                           ALEXANDER G. SMITH
                                                           Chapter 7 Trustee
                                                           FL. Bar #140323
                                                           2601 University Blvd. West
                                                           Jacksonville, FL 32217
                                                           (904) 733-2000