**[Dnftpoc]** [Asset Notice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:20−bk−03304−JAF
Chapter 7

Grantland Kingman
aka Grant Kingman

_____Debtor*_____/

NOTICE OF DEADLINE TO FILE PROOF OF CLAIM

NOTICE IS HEREBY GIVEN TO CREDITORS, AND OTHER PARTIES IN INTEREST:

   Pursuant to Fed. R. Bankr. P. 3002(c)(5), creditors are hereby notified that a dividend now appears possible in this case. Therefore, the "Deadline to File a Proof of Claim" in this case is April 26, 2021 .

   A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the "Deadline to File a Proof of Claim" provided herein, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid, you must file a proof of claim, even if your claim is listed in the schedules filed by the Debtor. Any creditor who has filed a proof of claim in this case previously need not file another proof of claim.

   A Proof of Claim form ("Official Form B 410") may be filed on−line at the Court's website − ***www.flmb.uscourts.gov,*** or obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

   Copies of supporting documents, such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim whether filing via the internet, in person or by mail.

   Dated January 21, 2021 .

                                Sheryl L. Loesch , Clerk of Court
                                300 North Hogan Street Suite 3−150
                                Jacksonville, FL 32202

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

   Copies furnished to:
   All Interested Parties