ORDERED.

Dated: February 16, 2021

Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                                    Case No.: 3:20-bk-03304-JAF

GRANTLAND KINGMAN,

        Debtor.
_____/

**CONSENT ORDER SUSTAINING IN PART AND OVERRULING IN PART**
**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

This case is before the Court upon the Trustee's Objection to Debtor's Claim of Exemptions (Doc. 9). Upon the consents of the Debtor and the Trustee, it is

**ORDERED:**

1. The Trustee's Objection to the Debtor's Claim of Exemptions (Doc. 9) in the Debtor's 1974 Hinckley Monarch Sailing Vessel claimed as exempt pursuant to Article X, Section 4(a)(1) of the Florida Constitution and F.S.A. §§222.01 and 222.02 is **SUSTAINED**.

2. The Trustee's Objection to the Debtor's Claim of Exemptions (Doc. 9) as it relates to the bank accounts and miscellaneous personal property as listed on the Debtor's Schedule C and claimed as exempt pursuant to Article X, Section 4(a)(2) of the Florida Constitution is **OVERRULED**.

The undersigned parties consent to the foregoing order.

| **McCONNELL LAW GROUP, P.A.** | **TODD W. HENRY LAW OFFICE** |
|---|---|
| By: */s/ Jerrett M. McConnell* <br> Jerrett M. McConnell <br> Florida Bar No. 0244960 <br> 6100 Greenland Rd., Unit 603 <br> Jacksonville, Florida 32258 <br> Telephone: (904) 570-9180 <br> jmcconnell@mcconnelllawgroup.com | By: */s/ Todd W. Henry\** <br> Todd W. Henry <br> Florida Bar No. 77003 <br> 1555 Kingsley Ave., Suite 405 <br> Orange Park, FL 32073 <br> Telephone: (904) 264-6776 <br> toddhenrylaw@bellsouth.net |
| ATTORNEY FOR ALEXANDER G. SMITH | ATTORNEY FOR DEBTOR |

\*   Filer's Attestation:   Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Jerrett M. McConnell attests that concurrence in the filing of this paper has been obtained.

Attorney, Jerrett M. McConnell, Esq. is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.