United States Bankruptcy Court

Middle District of Florida

In re:            Case No. 20-03304-JAF

Grantland Kingman            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-3        User: dvalencia        Page 1 of 2

Date Rcvd: Feb 17, 2021        Form ID: B318        Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Grantland Kingman, 411 Walnut St, # 16120, Green Cove Springs, FL 32043-3443 |
| cr | + | Diane Sandra Jarvis, Kingry & Friday, 1919 Atlantic Blvd, Jacksonville, FL 32207, UNITED STATES 32207-3405 |
| sp | + | Jerrett M. McConnell, 6100 Greenland Rd., Unit 603, Jacksonville, FL 32258-7436 |
| 29368024 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 29263914 | | Bon Secours Richmond Hlth, 1500 N 28th St, Richmond, VA 23223-5332 |
| 29263918 | | Christopher McIntyre, c/o Morgan & Morgan, 76 S Laura St Ste 1100, Jacksonville, FL 32202-5413 |
| 29263910 | + | Clay County Tax Collector, Post Office Box 218, Green Cove Springs FL 32043-0218 |
| 29263921 | | Comerica Bank, PO Box 71203, Philadelphia, PA 19176-6203 |
| 29263920 | + | Comerica Bank, 1717 Main St, Dallas, TX 75201-7343 |
| 29263922 | | Diane Jarvis, c/o Eric Friday, Esq, 1919 Atlantic Blvd, Jacksonville, FL 32207-3405 |
| 29263923 | | Eric Friday, 1919 Atlantic Blvd, Jacksonville, FL 32207-3405 |
| 29263924 | | GEICO Marine Insurance Company, c/o Lesley-Anne Marks, Esq. Gray Robinso, PO Box 1870, Melbourne, FL 32902-1870 |
| 29263925 | | Internal Revenue Service, PO Box 14, Austin, TX 78767-0014 |
| 29263926 | | Kenny Leigh & Assoc, 414 Old Hard Rd Ste 201, Fleming Island, FL 32003-3408 |
| 29263927 | | Mercury Insurance, PO Box 314176, Tampa, FL 33601 |
| 29263930 | | UF Health, 653 8th St S, Jacksonville, FL 32250-4211 |
| 29263931 | | UF Jacksonville Physicians, Inc, 841 Prudential Dr Ste 1100, Jacksonville, FL 32207-8352 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 29263913 | EDI: BANKAMER.COM | Feb 18 2021 02:03:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 29263912 | EDI: BANKAMER.COM | Feb 18 2021 02:03:00 | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 29263915 | EDI: CAPITALONE.COM | Feb 18 2021 02:03:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 29370760 | EDI: CAPITALONE.COM | Feb 18 2021 02:03:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 29263916 | EDI: CAPITALONE.COM | Feb 18 2021 02:03:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 29263917 | EDI: CITICORP.COM | Feb 18 2021 02:03:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 29263919 | EDI: CITICORP.COM | Feb 18 2021 02:03:00 | Citi Card, PO BOX 6403, Sioux Falls, SD 57117-6403 |
| 29377368 | EDI: CITICORP.COM | Feb 18 2021 02:03:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 29263911 | EDI: FLDEPREV.COM | Feb 18 2021 02:03:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 29263928 | Email/Text: mmrgbk@miramedrg.com | Feb 17 2021 23:22:00 | Miramedrg, 360 E 22nd St, Lombard, IL 60148-4924 |

| District/off: 113A-3 | User: dvalencia | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: B318 | Total Noticed: 28 |

| 29263929 | Email/Text: CollectionsCompliance@firstdata.com | | |
|---|---|---|---|
| | | Feb 17 2021 23:24:00 | TRS Recovery Services, Inc, PO Box 60022, City of Industry, CA 91716-0022 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander G. Smith | alex@agsmithtrustee.com  FL52@ecfcbis.com |
| Eric J. Friday | on behalf of Creditor Diane Sandra Jarvis efriday@ericfriday.com |
| Jerrett M. McConnell | on behalf of Trustee Alexander G. Smith jmcconnell@mcconnelllawgroup.com |
| Todd W. Henry | on behalf of Debtor Grantland Kingman todd.henry@toddhenrylaw.com legal.assistant@toddhenrylaw.com;jeffrie.henry.27@gmail.com |
| United States Trustee - JAX 13/7 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Grantland Kingman** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–9961** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Florida** | | |
| Case number:  **3:20–bk–03304–JAF** | | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Grantland Kingman
    aka Grant Kingman

-

Dated: February 17, 2021

Jerry A. Funk
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**