UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

GRANTLAND KINGMAN,   Case No.: 3:20-bk-03304-JAF
*AKA GRANT KINGMAN*,   Chapter: 7

_____ Debtor._____ /

**COMERICA BANK'S VERIFIED
MOTION FOR RELIEF FROM AUTOMATIC STAY**

**NOTICE OF OPPORTUNITY
TO OBJECT AND REQUEST FOR HEARING**

**If you object to the relief requested in this paper, you must file a response with the Clerk of Court at 300 North Hogan Street, Suite 3-150, Jacksonville, Florida 32202-4267 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**

**If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

Comerica Bank (the "Secured Creditor"), its successors and/or assigns, as a secured creditor of the bankruptcy estate of Grantland Kingman (the "Debtor"), seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

1. <u>Debtor's Bankruptcy Case</u>. On November 13, 2020, the Debtor filed the above-captioned Chapter 7 bankruptcy case.

2. <u>Jurisdiction</u>. Jurisdiction of this matter is properly before this Court pursuant to

28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

3. <u>The Note and Mortgage</u>.  On July 24, 2008, the Debtor executed and delivered a Direct Simple Interest Installment Loan Contract and Disclosure Statement (the "Note") in the principal amount of $156,000.00, which is secured by a First Preferred Ship Mortgage (the "Mortgage").  The Mortgage was executed by Grantland I Kingman.  The Mortgage is recorded in Batch No. 654178, Document ID 9331656 with the Department of Homeland Security United States Coast Guard.  A copy of the Mortgage, together with the Note, and any applicable Titles are attached hereto as **Exhibit A, B and C**.

4. <u>Collateral</u>.  Secured Creditor is entitled to enforce the Note and Mortgage, which are secured by the following described collateral: 1974 Hincklev 49 Ketch, Official Number 560167, Hull Identification Number HRH490184197 (the "Collateral").  The Valuation of a 1974, 49' Hinckley Ketch (the "Appraisal") lists the estimated fair market value of the Collateral at $133,000.00.  A copy of the Appraisal is attached hereto as **Exhibit D**.

5. <u>Secured Creditor's Claim</u>.  As of February 19, 2021, the total payoff owed to Secured Creditor is $91,098.85.  Debtor has defaulted by failing to make one (1) payments of $775.66 due on November 23, 2020 and two (2) payments of $1,280.33 each due December 23, 2020 to January 23, 2021, for a total delinquent amount of $3,336.32.  Another payment will come due February 23, 2021 in the amount of $1,280.33, making the total default $4,616.65.  A copy of the Payoff is attached hereto as **Exhibit E**.

6. <u>Relief Requested</u>.  Secured Creditor requests the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d) to permit Secured Creditor to enforce all of its <u>in rem</u> remedies against the Collateral pursuant to the Note and Mortgage.  The requested relief should be granted for the following reasons:

- The Debtor has equity in the Property, as evidenced by the Appraisal, which lists the value of the Collateral at $133,000.00. This amount is more than the outstanding amount due to Secured Creditor pursuant to the Note and Mortgage. A copy of the Appraisal is attached hereto as **Exhibit D**.

- The Debtor's Statement of Intention indicates the Property is being surrendered;

- Since the instant case is a Chapter 7 bankruptcy, the Property is not necessary to an effective reorganization;

- Interest continues to accrue; and

Wherefore, Secured Creditor requests the entry of an order modifying the automatic stay, authorizing Movant, its successors and assigns, to protect its interest and proceed with taking possession of the Collateral under its Note and appropriate state statutes; and for such other and further relief as the Court deems just and proper.

    McCalla Raymer Leibert Pierce, LLC

By: */s/ Neisi Garcia Ramirez*
Neisi Garcia Ramirez
Florida Bar No. 91430
Attorney for Creditor
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, Florida 33301
Phone: 954-332-9426
Fax: 954-332-9426
Email: Neisi.GarciaRamirez@mccalla.com

# **VERIFICATION**

The undersigned <u>Donna M. Lee</u> (name of witness), as the <u>Assistant Vice President</u> (title/position of witness) of Comerica Bank; hereby declares under penalty of perjury that:

(i) I have personal knowledge of the consumer portfolio of Comerica Bank;

(ii) Based on my review of the consumer portfolio of Comerica Bank, the information and allegations set forth in paragraphs 3 through 5 above, are true and correct to the best of my knowledge; and

(iii) The documents attached hereto as **Exhibit A, B and C** are true and correct copies of the originals.

*/s/ Donna M. Lee, Assistant Vice President*
Name and Title of Witness

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 23, 2021, a true and correct copy of the foregoing was served by U.S. Mail, First Class to Grantland Kingman, 411 Walnut St, # 16120, Green Cove Springs, FL 32043-3443; and those parties receiving CM/ECF service

- **Eric J. Friday** efriday@ericfriday.com
- **Todd W. Henry** todd.henry@toddhenrylaw.com, legal.assistant@toddhenrylaw.com; jeffrie.henry.27@gmail.com
- **Jerrett M. McConnell** jmcconnell@mcconnelllawgroup.com
- **Alexander G. Smith** alex@agsmithtrustee.com, FL52@ecfcbis.com
- **United States Trustee - JAX 13/7** USTP.Region21.OR.ECF@usdoj.gov

By:  */s/ Neisi Garcia Ramirez*
       Neisi Garcia Ramirez