# Exhibit A

# Comerica Bank

## Direct Simple Interest Installment Loan Contract and Disclosure Statement
(Promissory Note and Security Agreement)

Borrower  Grantland I Kingman                          Co-Borrower
(You, Your)                                            (You, Your)
Address  3316 Harbours Blvd
City  Waterford            State  MI        Zip  48328    County  Oakland

**Type of loan**
This is a **Simple Interest** loan. The simple interest rate is __7.740__ %. This loan may include a loan processing fee. Please refer to the Annual Percentage Rate for the cost of your credit expressed as a yearly rate.

**Insurance**
Property insurance on the Collateral described below is required until you have paid all you owe under this Contract. You may obtain the property insurance through either an existing policy owned or controlled by you or an insurance policy obtained from an insurance company authorized to do business in the state where the Collateral is located.
If you get the insurance through Comerica Bank, you will pay $ __N/A__ for an initial term of __N/A__.

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you directly or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payment(s) as scheduled. |
|---|---|---|---|
| 7.75% % | $ $151,279.20 | $ $156,000.00 | $ $307,279.20 |

**Payment Schedule**

| Payment(s) | | On/Beginning | | | Frequency |
|---|---|---|---|---|---|
| Number | Amount | Month | Day | Year | Monthly unless checked below |
| 240 | $1,280.33 | 08/23/2008 | | | ☐ Bi-Weekly_____ ☐ Quarterly |
| Number | Amount | Month | Day | Year | ☒ Other  Monthly |

**Late Charge**
If a payment is more than 5 days late, you will be charged a late charge of $15.00. For California Residents: If a payment is more than 10 days late you will be charged a late charge of 5% of the amount of any installment that remains unpaid after the 10th day after the due date on which the installment is due, including Sundays and holidays.

**Prepayment**
You may prepay this loan in full or in part without penalty, but you will not be entitled to a rebate of any loan processing fee.

☐ If this box is marked your interest rate reflects a discount for automatic deduction of payment. The annual percentage rate may increase during the term of this transaction if the automatic deduction of payment is cancelled. The interest rate will not increase above __7.99__ %. The maximum interest rate increase at one time will be .25%. The rate will not increase more than once. Any increase will take form of a larger amount due at maturity.
If this loan is secured by dwelling, we will not increase the rate if the automatic deduction is cancelled.
**Example:** If your loan were for $10,000.00 at 10.75% for 60 months and the rate increased to 11.00% after 12 months your final payment would increase by $59.59.

**Security**
You are giving a security interest in any funds you may have on deposit with the Bank from time to time (except tax-qualified deposits in the nature of pension funds, IRA's and Keogh account(s)) and in other money the Bank may owe you. If the collateral below is a deposit account the Annual Percentage Rate does not take into account your required deposit. You are also giving a security interest in the following goods or property, if indicated:

| | New/Used | Year | Make | Model | Type/Length | Vehicle Number |
|---|---|---|---|---|---|---|
| Motor Vehicle Boat or RV | Used | 1974 | Hinckley | 49 Ketch | | HRH4901841974 |
| Other Goods or Property | | | | | | |

☒ The goods or property described above is being purchased.
In addition, collateral (other than your principal dwelling or household goods) securing your other loans with the Bank or assignee may also secure this loan.
Filing Fee $ _____                      Title Search Fee $ _____
Arizona and California Residents Only: Reconveyance Fee $ _____    Reconveyance Documentation Fee $ _____
See the remainder of this document, including provisions on the reverse side and on any attached riders for additional information about nonpayment, default, any required repayment in full before the schedule date, prepayment rebates or penalties, and security interest.
If a box "☐" is not checked, that item does not apply.                    "e" means an estimate.

**For real estate purchase loan only:**
Assumption Policy: Someone buying your house cannot assume the remainder of this loan on its original terms.

| **Itemization of Amount Financed** | | **Promissory Note** |
|---|---|---|
| Amount given to you directly | $ 0.00 | You promise to pay to the order of Comerica Bank (the "Bank") at its main office or any of its branches the Amount Financed plus the amount of any prepaid loan processing fee together with interest on the unpaid balance at the simple interest rate specified above. You also agree to pay all other amounts which may and as they become due under this Contract. You have read this Contract, including the provisions appearing on the reverse side and on any attached Riders, and you agree to all its terms and conditions. You acknowledge a receipt of a completed copy of this Contract (including attached Riders, if any) and of the disclosures contained herein. |
| Amount credited to your existing account | $ 0.00 | |
| Amount paid to others on your behalf: | | |
| To Public Officials, Agencies | $ _____ | |
| To Insurance Company | $ 0.00 | |
| To R.Q.M, Inc | $ 156,000.00 | |
| To _____ | $ _____ | |
| Less Loan Processing Fee (If Prepaid) | − $ _____ | |
| **AMOUNT FINANCED** | $ 156,000.00 | |
| Loan Processing Fee (If Financed) | $ 75.00 | Borrower _[signature]_ Grantland I Kingman |

Date  07/24/2008                                    Co-Borrower

CP00603 (3/05)

## Terms and Conditions

This Contract covers your loan with the Bank. "You" and "your" mean anyone who signs this Contract as Borrower or Co-Borrower, jointly and severally, and your heirs, successors and assigns and legal representatives, and includes, where applicable, anyone else who signs as a non-borrowing owner or guarantor. "Bank" means Comerica Bank or anyone to whom the Bank's interest is assigned.

### Collateral
You give to the Bank a security interest in the Collateral ("Collateral") described in the Security section on the front of this Contract. The Collateral securing this Contract includes the Collateral described in this Contract wherever located, and all proceeds, products and accessions of such property, including insurance rebates, stock dividends and subscription rights relating to the Collateral. Consumer goods that you acquire more than 10 days after the date of this Contract, however are not included in the Collateral, unless they are installed in or affixed to other collateral.

### For California Residents, the deed of trust which secures this Note contains the following provision:
"Transfer of the Property or a Beneficial Interest in borrower If all or any part of the Property or any interest in it is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if exercise is prohibited by federal law If Borrower fails to pay these sums, Borrower will be in default and Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower."

### Offset
Whether or not this Contract is secured by other Collateral, you give the Bank a security interest in all of your deposits and other property at any time in the Bank's control or possession as security for this Contract The Bank may at any time, without notice and without any liability, retain all or any part of such deposits and other property until all sums owing on this Contract have been paid in full and/or apply or offset all or any part of such deposits and other property against any amounts due on or in connection with this Contract and in any order of preference that the Bank chooses. This right does not apply to any account or other obligation where your rights are only as a representative, any individual retirement account, or any other tax-deferred retirement account.

### Ownership and Risk of Loss
You agree not to remove any Collateral from your state of residence for longer than 30 days without the Bank's written consent. You agree not to lease, sell, otherwise transfer your interest or permit any additional lien on any Collateral without the Bank's written consent The Bank may satisfy and discharge any additional lien and you agree to pay the cost of such lien on demand. You agree not to expose any Collateral to misuse or confiscation. If a police agency impounds the Collateral, you will notify the Bank immediately and regain possession of it. You will pay all taxes, assessments and other fees on the Collateral when due. The Bank will be permitted to inspect the Collateral at any reasonable time If the Bank pays any repair bills, storage bills, taxes, fines, or other charges on the Collateral, you agree to repay the Bank on demand. You authorize the Bank to file financing statements covering the Collateral and agree to do everything necessary to protect and perfect the Bank's interest in and control of the Collateral

### Property Insurance
If this Contract is secured, you agree that the Collateral will be insured against losses The insurance policy must provide that proceeds are payable to the Bank to the extent of its interest. Such insurance is to be kept in force until all amounts owed under this Contract are paid in full The policy must provide that t cannot be canceled unless the Bank is given at least 10 days notice in writing You may obtain this insurance from an agent of your choice. You are hereby requested to promptly obtain the required evidence of insurance and send it to the Bank However, if, upon request, you fail to deliver such policy or endorsement to the Bank, or should you fail promptly to purchase a new policy of insurance if your policy is cancelled or expires, the Bank may at its opt on: (a) declare a default, or (b) purchase the required insurance

The Bank is not obligated to buy any insurance on the Collateral However, if it does so, t may buy insurance protecting its security interest in the Collateral only In that case your interest in the Collateral may be uninsured. The Bank will notify you of the type and cost of any insurance it buys. You agree to pay the cost of such insurance and a finance charge on such cost at the rate on the front of this Contact The installment payments may be increased accordingly, or you may be required to make an additional monthly payment for such insurance

If the Collateral is lost or damaged you agree that Bank may use any insurance proceeds either to repair the Collateral or to apply to your debt. The Bank may act as your attorney in adjusting, settling, or canceling the insurance. You agree that the cost of any insurance purchased by the Bank shall be a loan secured by any Collateral under this Contract.

### Payments and Returned Check Charge
Unless applicable law requires otherwise, your payments on this Contract will be applied first to any charges other than principal and interest that you owe, then to accrued interest, and finally to principal. Any check or other payment on this Contract that is accepted by the Bank will not constitute a payment until the cash proceeds are actually received by the Bank. If any payment on this Contract is made by check or other payment method that is dishonored, then you agree to pay the Bank a fee of $30.00 $25.00 for Arizona residents. Any amounts you pay in addition to the regular scheduled payment will be applied as provided above and your next due date will be advanced by the number of full payments received If your due date is advanced, interest will continue to accrue on your unpaid balance.

### Late Payments And Early Payments
The amounts on the front of this Contract for the Finance Charge and Total of Payments are based on the assumption that you will make every payment when it is due. The Finance Charge and Total of Payments will change if you pay late or early These differences will be adjusted in your final payment. The Bank will send you a notice with the amount of your final payment before the payment due date.

If you make a scheduled payment late, interest accrual will continue and the amount of interest will increase. In addition, if you are late in making a payment, you agree to pay Bank a Late Charge (if one applies)

### Automatic Payment Deductions
If you have authorized the Bank to automatically deduct your payment from a checking or savings account your payments will be automatically deducted on the date due If the automatic deduction is returned to the Bank unpaid more than four times in a twelve month period the Bank will cancel the automatic deduction of payment. You are responsible for making payments when they are due.

If your interest rate reflects a discount for automatic deduction of payments and the automatic deduction is cancelled, your interest rate will increase by 25%.

### Prepayment
You may prepay this Contract at any time without penalty by paying the unpaid balance together with all accrued interest. You will not be entitled to a rebate of any loan processing fees.

### Default
You will be in default if any of the following occur
- You fail to pay any amount due under this Contract.
- You fail to satisfy any other obligation under this Contract
- You made an untrue or misleading statement on your credit application
- If Collateral securing your obligation under this Contract is destroyed, stolen, or otherwise disposed of.
- The Bank is served with a writ of garnishment or attachment with respect to any money on deposit for you.

### Remedies
If you are in default, the Bank may declare the entire unpaid balance under this Contract immediately due and payable Bank may then take possession of or otherwise foreclose upon any Collateral and sell, lease, or otherwise dispose of all or part of it to pay the unpaid balance. If there is an unpaid balance after such sale, you agree to pay such balance on demand. Bank may apply any amount received, though foreclosure, or otherwise in any order or manner it elects If the Bank incurs expenses (such as attorney's fees, court costs, and/or other expenses) in asserting its rights under this paragraph you agree to pay those expenses, up to the maximum amount allowed by law, on demand.

### Delay in Enforcing Rights. Amending This Contract.
Bank may refrain from enforcing any right under this Contract without losing it For example, it may extend the time for making some payments without extending the time for others This Contract is only amendable in a writing signed by the Bank. Oral changes are not binding.

### Successor
Obligations under this Contract are binding on anyone who succeeds to the parties' interests or to whom their rights are assigned.

### Entire Agreement
This Contract, which includes any and all attached Riders, is the entire agreement between the parties with respect to your loan There are no oral conditions, representations or commitments affecting this Contract. An extension or variation in the terms of payment, a release of personal liability or collateral, or a satisfaction of this Contract, in whole or in part, in exchange for collateral or otherwise, is not effective unless it is in writing and signed by an authorized officer of the Bank

### Choice of Law
This Agreement shall be governed, and construed in accordance with, the laws of the United States of America and, to the extent not preempted thereby, the laws of the State of Michigan, without regard to the choice of law rules of Michigan or any other jurisdiction. The laws of the state of the borrowers' residence, including laws regarding community reinvestment, consumer protection, and fair lending shall apply to Comerica Bank and this agreement only to the extent the laws of the state of the borrowers' residence apply to a national bank in that state. To the extent the laws of the state of the borrowers' residence do not apply, the laws of the United States and the State of Michigan apply.

---

**Acknowledgement of Non-Borrowing Owner** (To be completed only when collateral securing this loan is owned by person(s) not obligated to repay the loan).

You by your signature(s) below, enter into this Contract for the limited purpose of creating a valid security interest in the Collateral described on the front side of this Contract. You acknowledge that the security interest created hereby secures performance of the Borrower's obligations to the Bank in accordance with the "Security Interest/Collateral" paragraph above. You further acknowledge that you have read, understand, and fully accept all provisions of this Contract dealing with the Collateral and dealing with the rights the Bank may exercise with respect to it.

Date 07/24/2008

X _____

X _____

**Guaranty.** You, by your signature(s) below, together and as individuals, unconditionally guarantee payment of any and all amounts which may become due under this Contract, which amounts may increase by reason of purchase by the Bank of property insurance according to the terms set forth above You agree that any one or all of you may at our option be held responsible for such payment. You agree to any extension of time for payment granted by the Bank

X _____

X _____

The undersigned is a spouse of a Guarantor signing above, and signed solely for the purpose of binding his or her marital community and community property, and not his or her sole and separate assets, if any, to the obligations under the above Guaranty

X _____

---

For Bank use only:     Approved by _____     Lender No. _____

Date Disbursed _____     Disbursed by _____     Branch No. _____

Date Processed _____     Processed by _____

Comerica Employee _____