# Exhibit C

Vehicle Secured

# UNITED STATES OF AMERICA



DHS, USCG CG-1270 (REV. 06-04)                                                           OMB APPROVED
                                                                                          1625-0027

## DEPARTMENT OF HOMELAND SECURITY
## UNITED STATES COAST GUARD

### NATIONAL VESSEL DOCUMENTATION CENTER

# *CERTIFICATE OF DOCUMENTATION*

| VESSEL NAME | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|
| MONARCH | 560167 |  | 1974 |

| HAILING PORT | HULL MATERIAL | MECHANICAL PROPULSION |
|---|---|---|
| SOUTHWEST HARBOR, ME | FRP (FIBERGLASS) | YES |

| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
|---|---|---|---|---|
| 24 GRT | 22 NRT | 43.8 | 13.0 | 7.8 |

| PLACE BUILT |
|---|
| MANSET, ME |

| OWNERS | OPERATIONAL ENDORSEMENTS |
|---|---|
| GRANTLAND I KINGMAN | RECREATION |

**MANAGING OWNER**
GRANTLAND I KINGMAN
3316 HARBOUR BLVD
WATERFORD, MI 48328

**RESTRICTIONS**
NONE

**ENTITLEMENTS**
NONE

**REMARKS**
NONE

**ISSUE DATE**
OCTOBER 03, 2008

**THIS CERTIFICATE EXPIRES**
OCTOBER 31, 2009

*Patricia J. Williams*
DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

ML
9566521