# Exhibit D

This Time Sensitive Document was prepared exclusively for Mr. Grant Kingman.  Any reproduction, use or resale of this document by any individuals other than Mr. Kingman or his designee is not supported by these surveyors.

## Valuation of a 1974, 49' Hinckley Ketch



### "Monarch"

Conducted by:

Frank Barron S.A.M.S. – A.M.S. #1121
Blue Water Marine Services

Prepared for:
Grant Kingman
22 June 2020

**Frank   Barron     Blue Water Marine Services,    4300 S. Beach Pkwy, #3216, Jacksonville Beach, Fl. 32250**
**Wfbarron3@gmail.com                      www.bluewatermarinesurveys.com**
**706-331-8260**

## SCOPE OF ASSESSMENT

**Acting at the request of Grant Kingman, this surveyor, Frank Barron S.A.M.S.- A.M.S. and Joanne Barron, did attend onboard the "Monarch", on 22 June 2020, at Fernandina Marina, Ga. where an in-water assessment was conducted.  This vessel was surveyed without removal of major hatches, to include fittings, tacked carpet, screwed or nailed boards, anchors & chains, fixed partitions, instruments, clothing, spare parts and miscellaneous materials in the bilges and lockers, or other fixed or semi-fixed items.  Areas that cannot be evaluated because of inaccessibility to visual examination will be noted in this report. The vessel and associated systems were powered up. It is recommended that qualified Engine and Electronics Surveyor(s) evaluate the engines and electronics of the vessel. This survey will evaluate the documentation of major safety items and systems.  Also, a general description and condition will be discussed.  It is implied that any system NOT addressed is understood to be functional & serviceable (for example - not every light etc... will be mentioned if it is in normal expected working condition).  A Tramex Skipper Plus Moisture Meter might be used and moisture content might be referred to, relative to other areas of the vessel.  The moisture content cannot be quantified in %-age or in absolute numbers - it is a comparative value to any specific given location to another specific location on the vessel.  Note - Higher ambient air temperatures and humidity may have an effect on the total air moisture - this will be noted in the General Information. For terms of this survey the "intended service" is based upon the original designer and/or manufactures concept of the capabilities of the vessel design and the owners intended use and capabilities of the vessel.  No determination of stability characteristics or inherent structural stability has been made and no opinion is expressed with respect thereto.  This survey report also represents the insurability of the vessel on the above date and is the unbiased opinion of the undersigned, but is not to be considered an inventory or a warranty either specified or implied.**

**The vessels <u>original</u> current registration papers WERE SEEN, however, are expired. The Hull Identification Number (HIN) WAS found through normal access to the starboard aft quarter.**



## GUIDELINES OF SURVEY

The Mandatory Standards promulgated by the United States Coast Guard (USCG), under the authority of Title 46 United States Code (USC); Title 33 and Title 46, Code of Federal Regulations (CFR), and the Voluntary Standards and Recommended Practices developed by the American Boat and Yacht Council (ABYC) and the National Fire Protection Association (NFPA) have been used as guidelines in the conduct of this survey.

Terms and words used in this report have the following meanings as used in this survey.

**APPEARS:** Indicates that a very close inspection of the particular system, component or item was not possible due to constraints imposed upon the surveyor (e.g. no power available, inability to remove panels, or requirements not to conduct destructive tests).

**FIT FOR INTENDED USE:** Use which is intended by Owner.

**SERVICEABLE: ADEQUATE:** The particular system or component is sufficient for specific requirement.

**POWERS UP:** Power was applied and does not apply to the operation of any system or component, unless specifically mentioned.

**EXCELLENT CONDITION:** New or like new. "BRISTOL" (along with Excellent) denotes additional items, systems or maintenance - better than factory new. Loaded with extras.

**GOOD CONDITION:** Nearly new, with only minor cosmetic or structural discrepancies noted.

**FAIR CONDITION:** Denotes that system, component is functional as is with minor repairs and should be monitored often to see if condition deteriorates.

**POOR CONDITION:** Unusable as is. Requires repair or replacement of system or component for it to be considered functional.

**USE OF:** "**\*** See Note "**-** will indicate that a finding that requires immediate attention by the owner/operator and will be listed in the "Findings and Recommendations" section of this report.
"**\*** Monitor__" will be in the text of this report and is used to indicate an item/system that is not immediately critical but is recommended to be checked on a regular, periodic basis

- then track trend.
                         In regards to "Notes" and "Monitor" it is recommended that a qualified personnel be consulted that has expertise for the specific subject/item.

## GENERAL INFORMATION

| | |
|---|---|
| **File Number:** | KingmanHinckleyJn20 |
| **Survey Prepared for:** | Grant Kingman |
| **Name of Vessel:** | "Monarch" |
| **Hull Identification Number:** | HRH4801841974   * Note – the common use of a standard "HIN" was not adopted until 1984. This HIN is a retrofitted number by the manufactor or owner. This HIN <u>WAS</u> verified with the USCG Documentation database. |
| **Type of Survey:** | Assessment of Valuation |
| **Date/Time/Place of Survey:** | 22 June 2020/ 1430-1645/Fernandina Marina, Fla |
| **Environmental Conditions:** | Clear, calm, 85', 79% humidity, pressure 30.17in. |
| **Overall Vessel Rating:** | **"FAIR"** |
| **Year/Make/Model/ Builder:** | 1974 Hinckley/ 49' Ketch/ Maine |
| **USCG Documentation Number:** | 560167 |
| **State Registration Number:** | N/A |
| **Hailing Port:** | Southwest Harbor, ME |
| **Navigational Limits:** | Per underwriter's limits. |
| **Hull Material:** | FRP. |

| | |
|---|---|
| **Hull Type:** | Semi-Displacement |
| **Length Over All (LOA):** | 48.5feet |
| **Hull Beam:** | 13.3 feet. |
| **Depth:** | 7.8 feet. |
| **Tonnage:** | GT – 24 |
| **Propulsion System:** | Single Screw    Fuel Type: Diesel |

## VESSEL DESCRIPTION

As one enters Monarch from amidship, there is aft entrance into the center cockpit. The cockpit has a custom built hard cover.  Proceeding forward, and down into the cabin, there is a saloon forward, galley to starboard and Nav station/work area to port. Aft of the galley is the master cabin with ensuite head. Forward of the saloon is a guest cabin with head. Engine and machinery access is thru a hatch along the galley.

## SYSTEMS

**HULL**
- **Exterior Hull: Above Waterline:**

| | |
|---|---|
| Decks: | FRP – clean. No issues. |
| Rails/stanchions: | Per CFR 46 Chapter 46 28.410. - Solid, no issues noted. |
| Superstructure: | FRP – solid. No issues noted. |
| Interior: | Paneling and FRP – some historic water intrusion noted. |

The hull above the water line is faded on the gelcoat. No visual evidence of damage – fair and smooth
- **Exterior Hull: Below Waterline:**

Not examined.





**MACHINERY, PROPULSION & BELOW DECKS**

**ENGINE**
       Make:    Ford Lehman 1986        Model:    Lehman 120hp  s/n – 826F6582-BAB/6668-36






**ELECTRICAL**
AC & DC systems throughout.  Excellent condition, all per ABYC E-11 Standards. A single 50-amp shore power source is available. Westerbeke 7.5kw genset, s/n 1173732114. Charles 50-amp battery charger.  * Note – secure and cover terminals of batteries per ABYC E-11 Standard.

**PLUMBING & TANKAGE**
Excellent condition, all per ABYC H-22, 23 & 27 Standards (Potable water, fuel lines and seacocks). A.B.Y.C. Standard H 33.6 FLEXIBLE FUEL HOSE for engine and genset supply in compliance.
Features – Splendide washer/dryer. Two electric heads. Bilge indicator. High water alarm.
Fuel – 300 US Gal. Water – 300 US Gal. Holding – 100 US Gal.  Propane system pre ABYC Standard.

**INTERIOR**
Fair condition.
Galley –Dual stainless sink. Complete with oven, stove and microwave. Cozy but workable. Large freezer and refridge space. Dishwasher. Granit countertops.
A single Dometic 16kBTU HVAC system.

 



**WHEELHOUSE**

**B & G Chart plotter with "blue tooth" capability.**
**Ritchie Powerdamp compass.**
**B & G 4G RADAR**
**B & G wind, speed.**
**Lowrance Elite 4 Garmin charts.**


**SAFETY & REGULATORY**
**This vessel was not given a USCG Vessel Safety Inspection.**

**MISCELLANEOUS**
**Tender:**                                                        **Approx. 11' semi rigid with small hp outboard.**
**Recreational Equipment:        None Seen.**



**VALUATION**

**(i) – Narrative:**

**The best one can do is review actual close "comparable" vessel selling prices around that date; ensure that the size, model and features are a close match, through: pricing by averaging linear foot for each vessel, pricing by averaging the individual vessels sold prices, creating an upper and lower sold price range and/or adjusting off the closest matching vessel and closest sold date arrive at an approximate value for the vessel in question.  Operating and attempting to find a value from the asking sales price is not reliable.  There is data that can support a trend, but can vary wildly.  The method of arriving at the below value range was to select exact sold values for vessels as close in age, size and quality as possible. Then average them together.  A median price is shown to validate the data range.**


**(ii) - Data:**

**The "Comps" were of the same brand and from similar transacted dates of vessels.**

**Comparables:**

| Location | Year of Vessel Source | Sold Date | $ Sold | |
|---|---|---|---|---|
| #1 – 1974 MA | Soldboats | 10/19 | $220,000 | |
| #2 – 1975 " | | 8/19 | $75,000 | ME |
| #3 – 1976 " | | 4/19 | $100,000 | ME |

**Thus giving a June 2020 fair market value range (plus Buc Guidance below) of the Hinckley to be:**

<mark>* $133,000 USD *</mark>

This figure could be adjusted +/- several thousand dollars to account for any engine usage, addition or removal of any furnishings, electronics, systems or "toys". Via client supplied discussion, reports and work order invoices, this surveyor found the vessel to be in: <mark>"FAIR Condition".</mark> Thus, this surveyor has the industry accepted BucNet valuation guidance to adjust values plus or minus a factor depending on reported or observed condition. The USPAP method of arriving at an average value, then averaging the median value with the BucNet adjustment was used. Guidance below:

| Excellent (Bristol) | Above BUC Condition | BUC Condition | Fair | Poor | Restorable |
|---|---|---|---|---|---|
| Plus 15-20% | Plus 10-15% | No Adjustment Necessary | Minus 10-20% | Minus 25-50% | Minus 50-80% |

### SURVEYORS OBSERVATIONS

In this surveyor's opinion "Monarch" needs cleaning, some cosmetic maintenance and a good bath. Upon such, she will be a "head turner"

### SUMMARY

After the survey has been completed and findings have been organized in a logical manner, the surveyor develops an opinion of the OVERALL VESSEL RATING OF CONDITION. The grading of condition, developed by BUC®Research, and accepted in the marine industry, for a vessel at the time of survey, determines the adjustment to the range of base values in the BUC® Used Boat Price Guide.

The following schema is the accepted Marine Grading System of Condition and Equipment Scale described in the BUC®Used Boat Price Guide. **"Excellent (Bristol)"** Maintained in mint or Bristol fashion - usually better than factory new- and loaded with extras - a rarity.

**"Above BUC® Condition"** Has had above average care and equipped with extra electrical and electronic gear.
**"BUC® Condition"** Ready for sale requiring no additional work and normally equipped for her size.
**"Fair"** Requires usual maintenance to prepare for sale.
**"Poor"** Substantial yard work to prepare for sale.
**"Restorable"** Enough of hull and engine exists to restore the boat to useable condition.

## SURVEYORS CERTIFICATION

We certify that, to the best of our knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is our personal, unbiased professional analyses, opinions and conclusions.
- We have no present or prospective interest in the vessel that is the subject of this report, and we have no bias with respect to the parties involved.
- Our compensation is not contingent upon the reporting of a predicted or predetermined value or direction in value that favors the cause of the client, the amount of the estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.
- We have made a personal inspection of the vessel that is the subject of this report.

Submitted without prejudice,

Frank Barron
S.A.M.S. – A.M.S. #1121

**Marine Surveyor**

This Time Sensitive Document was prepared exclusively for Mr. Grant Kingman.  Any reproduction, use or resale of this document by any individuals other than Mr. Kingman or his designee is not supported by these surveyors.