# Exhibit E

Grantland I Kingman
▮▮▮▮ Loan Account - Installment Loans

| Total payoff as of: | 02/19/2021 | | | Change Quote... |
|---|---|---|---|---|
| | **Total Owed** | | | |
| Principal: | 89,093.37 | | | |
| Interest: | 1,905.48 | Daily accrual of 18.8926763 | | |
| Misc fees due: | 100.00 | | | |
| Total owed: | 91,098.85 | | | |

| Account fees: | 0.00 | Commitment fees: | 0.00 |
|---|---|---|---|

Record displayed: 1

| Note | Category | Product | Daily Accrual | Total Payoff |
|---|---|---|---|---|
| 1 | I - Installment | 20 Year 202 Bkruptcy-Install Equip Sec/D | 18.8926763 | 91,098.85 |

**Payoff Detail**

| Note: | 1 | | |
|---|---|---|---|
| Current principal: | 89,093.37 | | |
| Interest to 02/19/2021: | 1,905.48 | Daily accrual of 18.8926763 | |
| Fee: 01 - HA: | 100.00 | Nsf Fee | |
| Total payoff: | 91,098.85 | | |

**Note Information**

| Customer rate: | 7.740000 % | Transactions allowed: | 1 - Regular and special payments |
|---|---|---|---|
| TLC: | No | Teller activity: | 0.00 |
| Participation: | No | Quote issued: | No |
| Interest type: | S - Simple, in arrears | Loan status: | A - Accruing |
| Accrual basis: | 7 - Actual/actual | Interest accrual: | 1,905.4751879 |
| Earn/rebate method: | 1 - Accruing (simple interest) | Interest paid to: | 11/10/2020 |
| Collateral description: | Ci#1-Marine / Outboard Motor / Marine Tr | | |