**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                                    Case No.: 3:20-bk-03304-JAF

GRANTLAND KINGMAN,

           Debtor.
_____/

**TRUSTEE'S RESPONSE IN OPPOSITION TO JP MORGAN CHASE BANK, N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Alexander G. Smith, Chapter 7 Trustee (the "Trustee"), files this response in opposition to the Motion (the "Motion") (Doc. 25) of Comerica Bank ("Comerica") for Relief from the Automatic Stay, and in support thereof states:

1. On November 13, 2020 (the "Petition Date"), the Debtor, Grantland Kingman (the "Debtor") filed a voluntary petition for relief (the "Petition") under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court"), Case No. 3:20-bk-03304-JAF (the "Bankruptcy Case").

2. On November 16, 2020, the Trustee was appointed as Chapter 7 Trustee in the Bankruptcy Case.

3. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. Comerica filed the Motion so that it might proceed with enforcing its *in rem* rights in 1974 Hinkley 49 Ketch as referenced in the Motion (the "Property").

5. The Trustee objects to the relief requested in the Motion as the Property is not claimed as exempt and as alleged in the Motion, there is significant equity in the Property. Thus, not only is the Property of value to the Bankruptcy Estate, Comerica is also adequately protected.

6. Based on the foregoing, the Trustee objects to the relief requested in the Motion at this time.

WHEREFORE, Alexander G. Smith, Chapter 7 Trustee, respectfully requests this Court enter an Order denying the Motion and granting such other and further relief as the Court deems just and proper.

Dated: February 24, 2021.                McCONNELL LAW GROUP, P.A.


*Jerrett M. McConnell*
_____
JERRETT M. McCONNELL
Florida Bar #0244960
6100 Greenland Rd., Unit 603
Jacksonville, FL  32258
Phone (904) 570-9180
jmcconnell@mcconnelllawgroup.com
Attorney for the Trustee


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was furnished electronically or by U.S. Mail, postage pre-paid to the Office of the United States Trustee, 400 W. Washington St., Ste. 1100, Orlando, FL 32801; Neisi Garcia Ramirez, Attorney for Comerica, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301; Grantland Kingman, Debtor, 411 Walnut St., #16120, Green Cove Springs, FL 32043; Todd Henry, Attorney for Debtor, 1555 Kingsley Avenue, Suite 405, Orange Park, FL 32073; and to Alexander G. Smith, Trustee, 2601 University Blvd. West, Jacksonville, FL 32217 on this 28th day of June, 2018.

*Jerrett M. McConnell*
_____
                Attorney