UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

GRANTLAND KINGMAN,   Case No.: 3:20−bk−03304−JAF
*AKA GRANT KINGMAN*,   Chapter: 7

   Debtor.        /
_____

**PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Notice And Order Scheduling Preliminary Hearing On Motion For Relief From Stay (Doc. No. 27) was served on March 4, 2021 by U.S. Mail, First Class to Grantland Kingman, 411 Walnut St, # 16120, Green Cove Springs, FL 32043-3443; and those parties receiving CM/ECF service.

McCalla Raymer Leibert Pierce, LLC

By:   */s/Neisi Garcia Ramirez*
Neisi Garcia Ramirez
Florida Bar No. 91430
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
954-332-9426
Neisi.GarciaRamirez@mccalla.com

- Eric J. Friday    efriday@ericfriday.com
- Neisi I Garcia Ramirez    Neisi.GarciaRamirez@mccalla.com, FLBKECF@mccalla.com,mccallaecf@ecf.courtdrive.com,Neisi.GarciaRamirez@mccalla.com
- Todd W. Henry    todd.henry@toddhenrylaw.com, legal.assistant@toddhenrylaw.com;jeffrie.henry.27@gmail.com
- Jerrett M. McConnell    jmcconnell@mcconnelllawgroup.com
- Alexander G. Smith    alex@agsmithtrustee.com, FL52@ecfcbis.com
- United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov