# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 20-03304 -JAF  
**Case Name:** KINGMAN, GRANTLAND  

**Period Ending:** 06/30/21  

**Trustee:** (290740) ALEXANDER G. SMITH  
**Filed (f) or Converted (c):** 11/13/20 (f)  
**§341(a) Meeting Date:** 12/18/20  
**Claims Bar Date:** 04/26/21  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1974 HINCKLEY MONARCH SAILING VESSEL | 100,000.00 | Unknown | | 0.00 | Unknown |
| 2 | TOOLS | 330.00 | 0.00 | | 0.00 | FA |
| 3 | BED | 50.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS | 40.00 | 0.00 | | 0.00 | FA |
| 5 | LINENS | 20.00 | 0.00 | | 0.00 | FA |
| 6 | MISC KITCHENWARE | 50.00 | 0.00 | | 0.00 | FA |
| 7 | COMPUTER WITH MONITOR | 75.00 | 0.00 | | 0.00 | FA |
| 8 | ELECTRIC BICYCLE | 150.00 | 0.00 | | 0.00 | FA |
| 9 | MEN'S CLOTHING | 75.00 | 0.00 | | 0.00 | FA |
| 10 | DOG | 10.00 | 0.00 | | 0.00 | FA |
| 11 | CHECKING ACCOUNT: BANK OF AMERICA | 150.00 | 0.00 | | 0.00 | FA |
| 12 | IRA: IRA | 5,000.00 | 0.00 | | 0.00 | FA |
| 13 | PENSION PLAN: PENSION | 613.15 | 0.00 | | 0.00 | FA |
| 14 | duplicate | 0.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets** Totals (Excluding unknown values) | **$106,563.15** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    AUCTION: 49' 1974 Hinckley Sailing Vessel

Printed: 07/29/2021 03:19 PM      V.20.33

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 20-03304 -JAF | Trustee: | (290740) | ALEXANDER G. SMITH |
|---|---|---|---|---|
| Case Name: | KINGMAN, GRANTLAND | Filed (f) or Converted (c): | 11/13/20 (f) | |
| | | §341(a) Meeting Date: | 12/18/20 | |
| Period Ending: | 06/30/21 | Claims Bar Date: | 04/26/21 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|

CO 1974 Hinckley Sailing Vessel (sustained)
CO (bk acts /misc pp) (overruled)

Auction (sailboat); 4/7/21 Order Granting Joint Motion For Relief From Stay; 3/9/21 Order Approving Application to Employ Redline Motorgroup Inc; 3/9/21 Application to Employ Redline Auctioneer; 2/16/21 CO Sust in Part; 2/1/21 Notice of 2004 Examination (McConnell); 1/27/21 Order Approving Application to Employ Jerrett McConnell, Special Attorney; 1/22/21 Application to Employ Jerrett McConnell; 1/21/21 Request Asset Notice; 1/17/21 OBJX and initial representation letter to Jerrett McConnell, Special Attorney

**Initial Projected Date Of Final Report (TFR):** July 1, 2022     **Current Projected Date Of Final Report (TFR):** July 1, 2022